**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2243**

---

In re:  COREY BROOKS

  Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Southern District of West Virginia, at Beckley. (5:24-cv-00405)

---

Submitted:  April 10, 2025                                   Decided:  April 14, 2025

---

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Corey Allen Brooks, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Allen Brooks petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*